# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BILL LIETZKE,

Plaintiff,

v.

COUNTY OF MONTGOMERY, et al.,

Defendants.

/

Case No. 1:26-cv-08883-KES-EGC

**ORDER TRANSFERING CASE TO MIDDLE DISTRICT OF ALABAMA**

Plaintiff is advised that because this is an action or proceeding that arises in the Montgomery, Alabama district, this case will be transferred out of the District Court for the Eastern District of California and to the Middle District of Alabama.

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the United States District Court for the Middle District of Alabama.

Plaintiff's Motion to Proceed *In Forma Pauperis*, (Doc. 2), remains pending.

IT IS SO ORDERED.

Dated: **October 30, 2026**

Erin Sug Castillo

UNITED STATES MAGISTRATE JUDGE